BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID CHRISTENSEN** <br> **XXX-XX-8883** <br><br><br> **Plaintiff,** <br><br> v. <br><br> **CAROLYN W. COLVIN** <br> **Acting Commissioner of Social Security** <br> **of the United States of America,** <br><br> **Defendant.** | Case No.  12 -CV-2698 AC <br><br> **STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file his summary judgment motion is hereby extended from June 3, 2013, to July 8, 2013, and that Defendant's brief will be due August 7, 2013.   Plaintiff's counsel has five other briefs due within the same seven day period and needs to extend the due date for this summary judgment motion. This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / / /

| | |
|---|---|
| Dated: May 28, 2013 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: May 28, 2013 | Benjamin B. Wagner |
| | United States Attorney |
| | Donna L. Calvert |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | */s/Jean Turk* |
| | JEAN TURK |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 28, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2